IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH PINASCO, et al.,

    Plaintiffs,　　　　　　　　No. CIV S-09-777 KJM CMK (TEMP)

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.　　　　　　　　ORDER

_____/

    Presently calendared for hearing on February 10, 2011 is plaintiff's motion to compel production of documents (docket no. 17). Upon review of the joint discovery statement and good cause appearing therefor, IT IS HEREBY ORDERED that:

    1. The hearing date of February 10, 2011 on the motion to compel is vacated.

    2. Within fourteen days from the date of this order, defendant shall submit, for <u>in camera</u> review the documents in dispute on this motion. Said documents shall be bates-stamped. Counsel shall contact Judy Streeter, Courtroom Deputy, at (916) 930-4275, to arrange for submission of the documents.

    3. The matter shall thereafter stand submitted.

DATED: February 7, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

JMM pinasco.icr

1