MAXWELL M. FREEMAN, #31278
ARNOLD J. WOLF, #119135
MICHAEL N. MORLAN, #126190
F<small>REEMAN</small>, D'A<small>IUTO</small>, P<small>IERCE</small>,
 G<small>UREV</small>, K<small>EELING</small> & W<small>OLF</small>
A P<small>ROFESSIONAL</small> L<small>AW</small> C<small>ORPORATION</small>
1818 Grand Canal Boulevard, Suite 4
Stockton, California  95207
Telephone: (209) 474-1818
Facsimile:  (209) 474-1245
awolf@freemanfirm.com
mmorlan@freemanfirm.com

Attorneys for plaintiffs Joe and Toni Pinasco,
individually and as beneficiaries and successors
in interest of the Estate of Joseph Pinasco, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH and TONI PINASCO, individually; and ESTATE OF JOSEPH PINASCO, JR., by and through Joseph and Toni Pinasco as beneficiaries of the estate and successors in interest; and<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; M. WALLING; S. COFFMAN; and DOES 1 thru 50, inclusive,<br><br>Defendants. | CASE NO.  2:09 CV-00777 KJM CMK<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>Complaint filed February 27, 2009<br><br>**Trial Date: 1/9/12** |

WHEREAS:

1.   The Pretrial Scheduling Order filed on February 3, 2010, provided that defendants' dispositive motion shall be filed by June 9, 2011, that plaintiffs' opposition shall be filed by June 23, 2011, and that defendants' reply shall be filed by July 7, 2011, and that hearing on such motion shall be on July 14, 2011;

2.   The Pretrial Scheduling Order was modified on March 10, 2011, to provide that the hearing on the dispositive motions shall be set for July 20, 2011;

3.   Plaintiffs require more than two weeks to respond to defendants' dispositive motion,

1  especially since plaintiffs' counsel is scheduled to begin a trial on June 13, 2011 in El Dorado County.

2  IT IS HEREBY STIPULATED by and between the parties, subject to the court's approval, that

3  the plaintiffs shall have up to and including June 30, 2011 to oppose defendants' dispositive motion and

4  that defendants shall have up to and including July 14, 2011, to reply to plaintiffs' opposition.

6  Dated:  May 16, 2011

*Arnold J. Wolf*
_____
ARNOLD J. WOLF
Attorneys for plaintiffs Joe and Toni Pinasco,
individually and as beneficiaries and successors in
interest of the Estate of Joseph Pinasco, Jr.

Dated: May 16, 2011

*Peter A. Meshot*
_____
PETER A. MESHOT
Attorney for defendants State of California, by and
through California Highway Patrol, M. Walling
and S. Coffman

15  This court will hear dispositive motions no later than July 27, 2011.  **IT IS SO ORDERED.**

16  Dated: May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE